## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In Re: DAVID W. WAGNER                                                  18-10071

| | |
|---|---|
| STACY B. FERRARA, TRUSTEE | } |
| | } |
| VS. | }  ADV. PROC. # 19-AP-01010 |
| | } |
| DAVID W. WAGNER | } |
| | } |

# **MOTION TO QUASH**

NOW comes PAWTUCKET CREDIT UNION ("PCU"), by and through counsel, and hereby objects to and moves to quash the subpoena served upon it by Attorney for The Plaintiff/Trustee Peter J. Furness in the above entitled matter.  (*A copy of said subpoena is attached hereto as Exhibit 1*). Said subpoena demands private financial information of eleven (11) entities, including the Debtor, four (4) other individuals and six (6) business entities, for a period from January 1, 2016 to the present.

In support of its Motion to Quash, PCU avers that the subpoena calls for disclosure of privileged financial documents protected under the Gramm-Leach-Bliley Act, 15 USC §6801, et seq.

The Gramm-Leach-Bliley Act seeks to protect consumer financial privacy. Its provisions limit when a "financial institution" may disclose a consumer's "nonpublic personal information" to nonaffiliated third parties. Financial institutions must notify their customers about their information-sharing practices and tell consumers of their right to "opt-out" if they don't want their information shared with certain nonaffiliated third parties. In addition, any entity that receives consumer financial information from a financial institution may be restricted in its reuse and redisclosure of that information.

Violations of the Act include improper and unauthorized disclosure of private financial information and carries severe penalties: A financial institution can be fined up to $100,000 for each violation; officers and directors can be fined up to $10,000 for each violation as well as face imprisonment for up to 5 years.

In light of the above, PCU prays for an order quashing Plaintiffs' Subpoena.

PAWTUCKET CREDIT UNION,
By its Counsel,

*/s/ Joel J. Votolato*

_____
Joel J. Votolato (# 7059)
GANNON BAILEY & VOTOLATO, PC.
727 Central Ave.
Pawtucket, RI. 02861
401-724-1400 (tel)
401-724-6502 (fax)
joel@gbdvlaw.com

# CERTIFICATE OF SERVICE

I, Joel J. Votolato, state that on **June 5, 2019**, I electronically filed this document with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System.

| *Trustee / Plaintiff*<br><br>Stacy B. Ferrara<br>Nolan, Brunero, Cronin & Ferrara, Ltd.<br>1070 Main Street<br>Coventry, RI 02816<br>(401) 828-5800 | *Counsel for Trustee*<br><br>Peter J. Furness<br>Richardson, Harrington & Furness<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>Fax : (401) 273-9605<br>Email: peter@rhf-lawri.com |
|---|---|
| *Counsel for Debtor*<br><br>Russell D. Raskin<br>Raskin & Berman<br>116 East Manning Street<br>Providence, RI 02906<br>(401) 421-1363<br>Email: mail@raskinberman.com | |

Additionally, on the same date as set forth above, service of a true and accurate copy of said Motion was served by first class mail, postage prepaid to the following persons on the entities below not designated as receiving notice by the court's CM/ECF system:

|   |   |
|---|---|
|   |   |

                                */s/ Joel J. Votolato*

                                _____
                                Joel J. Votolato